IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

FREDDIE LEE GIDDENS, JR.,

      Appellant,

v.

      Case No. 5D23-1378
      LT Case No. 2011-35102-CFAES

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 6, 2023

Appeal from Circuit Court
for Volusia County,
Karen A. Foxman, Judge.

Freddie Lee Giddens, Jr., Daytona Beach,
pro se.

Ashley Moody, Attorney General, Tallahassee,
and Douglas T. Squire, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.

MAKAR, WALLIS and EISNAUGLE, JJ., concur.